Alperstein&Diener, P.A.
ATTORNEYS AT LAW

Arthur S. Alperstein
E. Lynn Hoffman
Robert H. Wolf
Patricia A. Cleaveland
Andrew I. Alperstein
Warren S. Alperstein
Joseph M. Pappafotis
Rashad A. Wright
Austen E. Cohen*
Matthew J. Rudo
Ashli E. Glatfelter
Dena R. Raskin

*Of Counsel:*
Jill A. Snyder
Paul M. Polansky

*also admitted in D.C.

September 2, 2026

Honorable Brendan A. Hurson
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re: United States v. Andrew Styron
Criminal No. BAH-26-050

Dear Judge Hurson:

As court records will reflect, I represent Mr. Styron in the above captioned matter. On August 28, 2026, the Government filed a status report [ECF 22] with this Honorable Court. In that correspondence, the Government sought additional time to continue with discovery and engage in plea discussions. The Government further indicated that it was seeking to toll the Speedy Trial Act, and it filed a motion [ECF 23] to do so and proposed order [ECF 23-1].

Mr. Styron agrees that additional time is appropriate and would encourage the court to grant the additional time as requested in the Government's status report and in its Motion to Exclude Time under the Speedy Trial Act.

Simultaneously to this letter, Mr. Styron is filing an answer consenting to the Government's Motion to Exclude Time under the Speedy Trial Act.

If this Honorable Court needs anything further, please let me know. Thank you for your consideration of Mr. Styron's position in these matters.

Respectfully submitted,

ANDREW I. ALPERSTEIN
Federal Bar# 26645

AIA/jam
cc: AUSA James Hammond (Via ECF filing)